# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-02271 |
| | ) | |
| ANTONIO AND STEPHANIE RODRIGUEZ, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. HOLLIS |
| | ) | |

## NOTICE

**See Attached Service List for Parties and Method of Service.**

Please take notice of the attached Amended Chapter 13 Plan dated May 1st, 2018.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on June 16, 2018.

          /s/ Ryan J. McCready  
          Ryan J. McCready, ARDC #6308289  
          Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC  
790 Chaddick Drive  
Wheeling, Il  60090  
847/ 520-8100

## Service List

**The following parties have been served via electronic mail:**

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee:  mcguckin_m@lisle.com
Ally Financial, c/o James Philbrick: jmphilbrick@att.net
JP Morgan Acquisition, c/o Timothy Yueill: timothy@nevellaw.com
Total Finance, c/o Steven Montalto: smontalto@cassiday.com

**The following parties have been served via regular US Mail:**

Antonio and Stephanie Rodriguez
2509 Lockner Blvd.
Joliet, IL 60431

Ally Financial
P.O. Box 130424
Roseville, MN 55113-004

Presence Health
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Heights Finance Corp
1145 Essington Rd
Joliet, IL 60435

US Department of Education c/o Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

Total Finance AC LLC
3400 North Pulaski Road
Chicago, IL 60641

Navient Solutions, LLC/PHEAA
PO BOX 8147
Harrisburg, PA 17105

NCB Management Service
1 Allied Dr
Trevose, PA 19053

Midland Funding
PO Box 2011
Warren, MI 48090

Portfolio Recovery Associates / Dell / Capital One
POB 41067
Norfolk, VA 23541

Premier Bankcard, LLC
Jefferson Capital Systems
Po Box 7999
St. Cloud MN 56302-9617

Quantum3 Group LLC
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

TD Bank USA, N.A.
c/o Weinstein & Riley
2001 WesternAve., Ste. 400
Seattle, WA 98121

LVNV Funding / MHC Receivables / FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

NAVIENT PC TRUST
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

U.S. Bank
c/o Select Portfolio Servicing, Inc.
POB 65250
Salt Lake City UT 84165-0250