UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

ANTONIO RODRIGUEZ, JR.
STEPHANIE D. RODRIGUEZ

Debtor(s)

Chapter 13
Case No. 18-03702

Judge PAMELA S. HOLLIS

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 13, 2018, at the hour of 10:45 A.M., I shall appear before the Honorable Judge PAMELA S. HOLLIS, 2ND Floor, of the Joliet City Hall, 150 West Jefferson Street, Joliet, Illinois, and then and there move the Court pursuant to the attached Motion, at which time and place you may appear if you see fit.

/s/ Timothy R. Yueill
By:  Timothy R. Yueill, Esq.

**Served upon the following parties electronically:**
DAVID M. SIEGEL, DAVID M. SIEGEL & ASSOCIATES, 790 CHADDICK DRIVE, WHEELING, IL 60090 - Counsel for Debtor(s)
GLENN B STEARNS, 801 WARRENVILLE RD., STE. 650, LISLE, IL 60532 - Trustee
PATRICK S. LAYNG, OFFICE OF THE U.S. TRUSTEE, REGION 11, 219 S. DEARBORN ST., ROOM 873, CHICAOG, IL 60604-U.S. Trustee

**and served upon the following parties by mail:**
ANTONIO RODRIGUEZ, JR., 2509 LOCKNER BLVD, JOLIET, IL 60431
STEPHANIE D. RODRIGUEZ, 2509 LOCKNER BLVD., JOLIET, IL 60431 - Debtor(s)

## Certification of Service

I, the undersigned, an attorney, hereby certified that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustees and Debtor(s)' counsel via electronic through ECF on June 20, 2018, and as to the Debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on June 20, 2018.

By:  /s/ Timothy R. Yueill

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 18-00528

This firm is a debt collector

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

ANTONIO RODRIGUEZ, JR.
STEPHANIE D. RODRIGUEZ

Debtor(s)

Chapter 13
Case No. 18-03702

Judge PAMELA S. HOLLIS

## MOTION TO AUTHORIZE DEBTOR TO ENTER INTO TRIAL LOAN MODIFICATION

NOW COMES Select Portfolio Servicing, Inc., as servicer for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC2 Asset Backed Pass-Through Certificates, Series 2006-NC2, a secured creditor herein, by and through its counsel, LAW OFFICES OF IRA T. NEVEL, LLC and moves this Honorable Court for authorizing the Debtor to enter into the proposed Loan Modification Agreement, the parties in agreement, and in support thereof, states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The Debtor herein filed a Petition under Chapter 13 of Title 11, United States Bankruptcy Code on February 12, 2018

3. That the parties have been in negotiations regarding potential loan modification option for the real property commonly known as 2509 LOCKNER BLVD., JOLIET, IL 60431.

4. That the initial step to a future permanent loan modification is the completion of a trial loan modification plan of 3 payments of $1,112.96 beginning May 1, 2018 through July 1, 2018. Once completed, parties can finalize a permanent modification. (Copy of proposed Trial and Proposed permanent Loan Modification Agreement is attached hereto as Ex. A.)

5. The permanent loan modification terms include a principal forbearance amount of $13,400.00 ( no interest due on said amount ) and a principal forgiveness amount of $11,432.05.

6. Specifically, the unpaid principal balance before modification of $209,917.35 would be reduced to $187,850.00 as the new unpaid principal balance (net of the forbearance and principal forgiveness reduction).

7. Monthly P&I payments of $639.98 would be reduced to $568.86, plus the taxes/insurance escrow which can be adjusted from time to time.

8. Upon approval of the loan modification, the Movant would take steps to amend its claim reducing its arrears due accordingly.

9. That this Court has the authority to order that Rule 4001(a)(3) is not applicable to the Order entered in granting this Motion, and this Creditor requests this Court to so order.

*WHEREFORE*, this Creditor U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC2 Asset Backed Pass-Through Certificates, Series 2006-NC2, prays that this Court enter an Order authorizing the Debtor to enter into the proposed Loan Modification Agreement and for other such relief as this Court may deem fit.

Law Office of Ira T. Nevel, LLC

*/s/ Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.
Counsel for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC2 Asset Backed Pass-Through Certificates, Series 2006-NC2

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com
MO
# 18-00528