UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-03702 |
| ANTONIO RODRIGUEZ, JR. | ) | |
| STEPHANIE D. RODRIGUEZ | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER AUTHORIZING DEBTOR TO ENTER INTO LOAN MODIFICATION**

THIS MATTER Coming to be heard on the Motion of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC2 Asset Backed Pass-Through Certificates, Series 2006-NC2 for an Order allowing the Debtor to Enter Into Loan Modification; The Court, after due notice having been given, the parties in agreement;

IT IS HEREBY ORDERD THAT:

The debtor is granted permission to enter into loan modification agreement referenced herein and specifically attached as Exhibit A. U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC2 Asset Backed Pass-Through Certificates, Series 2006-NC2 for the real estate commonly known as 2509 LOCKNER BLVD , JOLIET, IL 60431.

Further, the Trustee is ordered to stop paying on any/all U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC2 Asset Backed Pass-Through Certificates, Series 2006-NC2 arrearage claims.

/s/ Jeffrey A. Soufal
Counsel for ANTONIO RODRIGUEZ, JR.
STEPHANIE D. RODRIGUEZ

/s/ Timothy R. Yueill
Counsel for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-NC2 Asset Backed Pass-Through Certificates, Series 2006-NC2

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: September 14, 2018

**Prepared by:**

LAW OFFICES OF IRA T. NEVEL, LLC
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Nathan J. Buikema
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125